In the Interest of D.G.

Petition of D.G.

Supreme Court of Pennsylvania.

Oct. 15, 2008.

### ORDER

PER CURIAM.

AND NOW, this 15th day of October, 2008, the Petition for Allowance of Appeal is hereby **GRANTED** and the matter is to be **SUBMITTED** on briefs. The issue, as stated by Petitioner, is:

Did not the lower court commit error when it affirmed the trial court's finding of adjudication of delinquency despite a complete lack of evidence to support the